# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBORAH KINDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORP., an Iowa corporation,<br><br>Defendant. | Case No. 1:14-cv-11284-TLL-CEB<br><br>Judge: Hon. Thomas L. Ludington |

## APPEARANCE OF ARI J. SCHARG ON BEHALF OF PLAINTIFF

**TO:   Clerk of the Court and Counsel of Record:**

Attorney Ari J. Scharg of Edelson PC hereby files his Appearance as attorney for Plaintiff Deborah Kinder and the putative class in the above-captioned matter.

Dated:  March 28, 2014                             By: /s/ Ari J. Scharg
                                                                        One of Plaintiff's attorneys

Ari J. Scharg
ascharg@edelson.com
J. Dominick Larry
nlarry@edelson.com
Mark S. Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804

1

hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: 248.596.1111
Fax: 248 496.1578

*Counsel for Plaintiff Deborah Kinder and the putative class*

## CERTIFICATE OF SERVICE

     I, Ari J. Scharg, an attorney, certify that on March 28, 2014, I served the above and foregoing *Appearance of Ari J. Scharg*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this March 28, 2014.

                            /s/ Ari J. Scharg