# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBORAH KINDER, individually, and on behalf of all others similarly situated, | Case No. 1:14-cv-11284-TLL-CEB |
|                 Plaintiff,<br><br>v.<br><br>MEREDITH CORP., an Iowa corporation,<br><br>                Defendant. | Judge: Hon. Thomas L. Ludington |

## APPEARANCE OF HENRY M. SCHARG ON BEHALF OF PLAINTIFF

**TO:   Clerk of the Court and Counsel of Record:**

Attorney Henry M. Scharg of Edelson PC hereby files his Appearance as attorney for Plaintiff Deborah Kinder and the putative class in the above-captioned matter.

Dated:  April 1, 2014                    By: /s/ Henry M. Scharg _____
                                                        One of Plaintiff's attorneys

Ari J. Scharg
ascharg@edelson.com
J. Dominick Larry
nlarry@edelson.com
Mark S. Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
615 GRISWOLD
718 FORD BUILDING
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

*Counsel for Plaintiff Deborah Kinder and the putative class*

## <u>CERTIFICATE OF SERVICE</u>

     I, Henry M. Scharg, an attorney, certify that on April 1, 2014, I served the above and foregoing ***Appearance of Henry M. Scharg***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this April 1, 2014.


                /s/  Henry M. Scharg_____