UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH KINDER, individually and
on behalf of all others similarly situated,

    Plaintiff,　　　　　　　　　　　Case No. 1:14-cv-11284
　　　　　　　　　　　　　　　　　　　　Hon. Thomas Ludington
v.

MEREDITH CORP., an Iowa corporation,

    Defendant.
_____/

## APPEARANCE

    Robert M. Jackson of Honigman Miller Schwartz and Cohn LLP hereby enters his appearance on behalf of Defendant Meredith Corp. in the above matter and requests copies of all papers filed in this case.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ
        AND COHN LLP
        Attorneys for Meredith Corp.

        By: /s/ Robert M. Jackson
            Robert M. Jackson (P40723)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226-3506
        Phone:  (313) 465-7430
        Email:  rjackson@honigman.com

Dated:  June 12, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2014 I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Robert M. Jackson
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Phone:  (313) 465-7430
Email:  rjackson@honigman.com
(P40723)

15042294.1