UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH KINDER, individually and
on behalf of all others similarly situated,

    Plaintiff,                                  Case No. 1:14-cv-11284
                                                 Hon. Thomas Ludington

v.

MEREDITH CORP., an Iowa corporation,

    Defendant.
_____/

## **APPEARANCE**

    Arthur T. O'Reilly of Honigman Miller Schwartz and Cohn LLP hereby enters his appearance on behalf of Defendant Meredith Corp. in the above matter and requests copies of all papers filed in this case.

                                                 Respectfully submitted,

                                                 HONIGMAN MILLER SCHWARTZ
                                                 AND COHN LLP
                                                 Attorneys for Meredith Corp.

                                                 By: /s/ Arthur T. O'Reilly
                                                         Arthur T. O'Reilly (P70406)
                                                 2290 First National Building
                                                 660 Woodward Avenue
                                                 Detroit, MI 48226-3506
                                                 Phone: (313) 465-7628
                                                 Email: aoreilly@honigman.com

Dated: June 12, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2014 I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Arthur T. O'Reilly
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Phone:  (313) 465-7628
Email:  aoreilly@honigman.com
(P70406)

15047370.1