# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBORAH KINDER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MEREDITH CORP., an Iowa corporation,<br><br>*Defendant*. | Case No. 1:14-cv-11284<br><br>Hon. Thomas L. Ludington |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Meredith Corporation states that: (i) it does not have any parent corporations; and (ii) no publicly held corporation owns more than 10% of its stock.

Dated: June 13, 2014

By /s/ Robert M. Jackson

| | |
|---|---|
| Robert M. Jackson (P40723) | Marc Zwillinger |
| Arthur T. O'Reilly (P70406) | Jake Sommer |
| HONIGMAN MILLER SCHWARTZ | Jeffrey Landis |
| AND COHN, LLP | ZWILLGEN PLLC |
| 660 Woodward Avenue | 1900 M St. NW, Ste. 250 |
| 2290 First National Building | Washington, DC 20036 |
| Detroit, MI 48226 | (202) 706-5205 |
| (313) 465-7430 | marc@zwillgen.com |
| rjackson@honigman.com | jake@zwillgen.com |
| aoreilly@honigman.com | jeff@zwillgen.com |

15065844.1