UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DEBORAH KINDER,

        Plaintiff,

CASE NUMBER: 14-11284-BC

v.

DISTRICT JUDGE THOMAS L. LUDINGTON

MEREDITH CORPORATION,

        Defendant.

_____/

## NOTICE TO APPEAR FOR HEARING ON MOTION

You are hereby notified to appear in the above captioned matter for the hearing on Defendant's Motion to Dismiss the Complaint, before the Honorable Thomas Ludington on the following date and time.

| DATE | TIME | LOCATION |
|---|---|---|
| **AUGUST 25, 2014** | 4:00 PM | **Courtroom 214**<br>**1000 Washington Avenue**<br>**Bay City, MI 48708** |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

        THOMAS L. LUDINGTON
        UNITED STATES DISTRICT JUDGE

        By  s/Tracy Jacobs
Date: June 23, 2014        Deputy Clerk