UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH KINDER, individually and
on behalf of all others similarly situated,

                Plaintiff,                  Case No. 14-cv-11284

v.                                    Honorable Thomas L. Ludington

MEREDITH CORPORATION, an Iowa
corporation

                Defendant.

_____/

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**

This Joint Stipulation is entered into by and amongst Plaintiff Deborah Kinder ("Plaintiff"), and Defendant Meredith Corporation ("Defendant"), by and through their respective counsel.

WHEREAS, on March 28, 2014, Plaintiff filed the instant putative class action lawsuit against Defendant (Dkt. 1);

WHEREAS, on April 14, 2014, Defendant waived service of summons (Dkt. 7);

WHEREAS, on June 13, 2014, Defendant timely filed its Motion to Dismiss the Complaint (Dkt. 11);

WHEREAS, Plaintiff's response deadline is July 7, 2014, and Defendant's reply deadline is July 21, 2014;

WHEREAS, a hearing on Defendant's Motion to Dismiss has been scheduled for August 25, 2014;

WHEREAS, Plaintiff's counsel conferred with Defendant's counsel and, in light of the

intervening July 4th holiday and other scheduling commitments, the Parties agree, subject to Court approval, to extend the time for Plaintiff to respond to Defendant's pending Motion 7 days, until July 14, 2014, and to extend the time for Defendant to file its reply in support of its pending Motion 7 days, until August 4, 2014;

WHEREAS, the Parties have not sought (and the Court has not granted) any previous extensions in this case;

WHEREAS, this Stipulation is sought in good faith and not brought for purposes of delay, and will not affect any pending deadlines or hearings, including the August 25, 2014 hearing on the Defendant's Motion to Dismiss;

**NOW THEREFORE,** the Parties hereby STIPULATE and AGREE as follows, subject to Court approval:

1.     Plaintiff's deadline to file her Response in opposition to Defendant's Motion to Dismiss shall be July 14, 2014; and

2.     Defendant's deadline to file its Reply in support of its Motion to Dismiss shall be August 4, 2014.

**IT IS SO STIPULATED.**

Dated: July 2, 2014                                    Dated: July 2, 2014


**Deborah Kinder,**                                    **Meredith Corporation**
individually
behalf of all others
similarly situated,


By: /s/ Ari J. Scharg                                  By: /s/ Robert M. Jackson
One of Plaintiff's Attorneys                           One of Defendant's Attorneys

Ari J. Scharg                                          Marc Zwillinger
ascharg@edelson.com                                    marc@zwillgen.com
John C. Ochoa                                          Jacob Sommer
jochoa@edelson.com                                     jake@zwillgen.com
J. Dominick Larry                                      Jeffrey Landis
nlarry@edelson.com                                     jeff@zwillgen.com
Mark S. Eisen                                          1900 M. St. N.W., Ste. 250
meisen@edelson.com                                     Washington, DC 20036
Edelson PC                                             (202) 706-5205
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804                               Robert M. Jackson (P40723)
hmsattyatlaw@aol.com                                   rjackson@honigman.com
Law Office of Henry M. Scharg                          Arthur T. O'Reilly (P70406)
302 W. Main Street                                     HONIGMAN MILLER
Northville, Michigan 48167                             SCHWARTZ AND COHN, LLP
Tel: 248.596.1111                                      660 Woodward Avenue
Fax: 248.596.1578                                      2290 First National Building
                                                       Detroit, MI 48226
                                                       (313) 465-7430


*Counsel for Plaintiff Kinder and the putative class*  *Counsel for Defendant Meredith Corporation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH KINDER, individually and
on behalf of all others similarly situated,

                 Plaintiff,                           Case No. 14-cv-11284

v.                                                 Honorable Thomas L. Ludington

MEREDITH CORPORATION, an Iowa
corporation

                 Defendant.

_____/

**ORDER EXTENDING BRIEFING SCHEDULE**

Pursuant to the stipulation of the parties, it is **ORDERED** that the Plaintiff shall file her

Response in opposition to Defendant's Motion to Dismiss no later than **July 14, 2014.**

It is further **ORDERED** that the Defendant shall file its Reply in support of its Motion to

Dismiss no later than **August 4, 2014**.


                                              s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: July 8, 2014

| PROOF OF SERVICE |
|---|
| The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 8, 2014. |
| s/Tracy A. Jacobs
TRACY A. JACOBS |