**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

DEBORAH KINDER, individually and on
behalf of all others similarly situated,

*Plaintiff,*

v.

MEREDITH CORP., an Iowa corporation,

*Defendant.*

Case No. 1:14-cv-11284

Hon. Thomas L. Ludington

## <u>APPEARANCE</u>

Jeffrey Landis of ZwillGen PLLC hereby enters his appearance on behalf of Defendant Meredith Corp. in the above matter and requests copies of all papers filed in this case.

Respectfully submitted,

By: <u>/s/ Jeffrey Landis</u>
Jeffrey Landis
ZwillGen PLLC
1900 M. St. NW, Ste. 250
Washington, DC  20036
(202) 706-5205
jeff@zwillgen.com

*Counsel for Meredith Corp.*

Dated:  July 30, 2014

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 30, 2014 I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Jeffrey Landis
Jeffrey Landis
ZwillGen PLLC
1900 M. St. NW, Ste. 250
Washington, DC  20036
(202) 706-5205
jeff@zwillgen.com

*Counsel for Meredith Corp.*