UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH KINDER, individually and
on behalf of all others similarly situated,

    Plaintiff,　　　　　　　　　　　Case No. 1:14-cv-11284
　　　　　　　　　　　　　　　　　　　　Hon. Thomas Ludington
v.

MEREDITH CORP., an Iowa corporation,

    Defendant.
_____/

## STIPULATED ORDER ADJOURNING SETTLEMENT CONFERENCE

    Plaintiff Deborah Kinder and Defendant Meredith Corp. by and through their counsel hereby stipulate and agree that the Settlement Conference in this matter should be adjourned from April 16, 2015 to May 5, 2015.

    It is **ORDERED** that the Settlement Conference is adjourned from April 16, 2015 to **May 5, 2015 at 4:00 p.m.**

　　　　　　　　　　　　　　　　　　　　s/Thomas L. Ludington
　　　　　　　　　　　　　　　　　　　　THOMAS L. LUDINGTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 7, 2015

**STIPULATED TO:**

| | |
|---|---|
| /s/ Robert M. Jackson | /s/ Ari J. Scharg |
| Robert M. Jackson (P40723) | Ari J. Scharg |
| 2290 First National Building | Edelson PC |
| Honigman Miller Schwartz and Cohn LLP | 350 North LaSalle Street, Suite 1300 |
| 660 Woodward Ave. | Chicago, Illinois  60654 |
| Detroit, MI 48226 | (312) 589-6370 |
| (313) 465-7430 | Fax:  (312) 589-6378 |
| Fax:  (313) 465-7431 | ascharg@edelson.com |
| rjackson@honigman.com | |
| | Henry M. Scharg (P28804) |
| Jeffrey G. Landis | Law Office of Henry M. Scharg |
| ZwillGen PLLC | 718 Ford Building |
| 1900 M St. NW, Ste. 250 | Detroit, MI  48226 |
| Washington, DC  20036 | (248) 596-1111 |
| (202) 706-5205 | Fax:  (248) 671-0335 |
| jeff@zwillgen.com | hmsattyatlaw@aol.com |
| | |
| Attorneys for Meredith Corporation | Attorneys for Plaintiff Deborah Kinder |

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 7, 2015.

s/Karri Sandusky
KARRI SANDUSKY