UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBORAH KINDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, an Iowa corporation,<br><br>Defendant. | Case No. 1:14-cv-11284-TLL-CEB<br><br>Hon. Thomas L. Ludington |

## APPEARANCE

Jacob Sommer of ZwillGen PLLC hereby enters his appearance on behalf of Defendant Meredith Corp. in the above matter and requests copies of all papers filed in this case.

                                      Respectfully submitted,

Dated: May 6, 2015                By: /s/ Jacob Sommer
                                                Jacob Sommer
                                                ZwillGen PLLC
                                                1900 M. St. N.W., Ste. 250
                                                Washington, DC 20036
                                                T (202) 296-3585
                                                F (202 706-5298
                                                jake@zwillgen.com

                                                *Counsel for Meredith Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2015 I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 /s/ Jacob Sommer
Jacob Sommer
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
T (202) 296-3585
F (202 706-5298
jake@zwillgen.com

*Counsel for Meredith Corp.*