UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH KINDER,

                Plaintiff,                            Case No. 14-cv-11284

v                                       Honorable Thomas L. Ludington

MEREDITH CORPORATION,

                Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S AGREED
## MOTION TO MODIFY SCHEDULING ORDER

Having reviewed and considered Plaintiff Kinder's Agreed Motion to Modify,

It is **ORDERED** that Kinder Motion to Modify the Scheduling Order (ECF No. 32) is **GRANTED**. The deadline for Kinder's Motion for Class Certification is extended to **August 10, 2015**. The deadline for dispositive motions is extended to **December 14, 2015**. All other dates remain in effect.

                                       s/Thomas L. Ludington
                                       THOMAS L. LUDINGTON
                                       United States District Judge

Dated: June 29, 2015

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 29, 2015.

                        s/Karri Sandusky
                        Karri Sandusky, Acting Case Manager