UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH KINDER,

        Plaintiff,                             Case No. 14-cv-11284

v                                            Honorable Thomas L. Ludington

MEREDITH CORPORATION,

        Defendant.

_____/

## ORDER REJECTING STIPULATION

On August 5, 2015, the parties submitted a stipulation to adjourn the dates in the most recent scheduling order by forty-five days, and to adjourn the deadline for filing the class certification motion by fourteen days. The parties explain that an extension is necessary because "Plaintiff desires to analyze the recently-entered 23-page order [entered by Judge Steeh in a similar case] and incorporate relevant arguments into her upcoming motion."

This Court has already extended the deadline for filing the motion for class certification twice, and the parties have not provided sufficient justification to further delay the case.

Accordingly, it is **ORDERED** that the parties' stipulation is **REJECTED**.

                                                           s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge

Dated: August 6, 2015

- 2 -

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 6, 2015.

                                             s/Karri Sandusky
                                             Karri Sandusky, Acting Case Manager