UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Deborah Kinder,

                          Plaintiff(s),

v.                                              Case No. 1:14–cv–11284–TLL–CEB
                                                Hon. Thomas L. Ludington

Meredith Corporation,

                          Defendant(s),
_____


**NOTICE OF MOTION HEARING**

   You are hereby notified to appear before District Judge Thomas L. Ludington at the United
States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City,
Michigan.  Please report to Room 206.  The following motion(s) are scheduled for hearing:

              Motion to Certify Class – #55

   • MOTION HEARING:  December 29, 2015 at 02:00 PM


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                          By: s/K Sandusky_____
                              Case Manager

Dated:   September 17, 2015