UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH KINDER,

          Plaintiff,                    Case No. 14-cv-11284

v.                                      Honorable Thomas L. Ludington

MEREDITH CORPORATION,

          Defendant.
_____/

**ORDER PROVISIONALLY GRANTING MOTION TO SEAL**

On September 14, 2015, Defendant Meredith Corporation filed a motion to file under seal its unredacted response to Plaintiff Deborah Kinder's motion to certify class and exhibits D-F and I-L to the Declaration of Jeffrey Landis. ECF No. 60. Pursuant to Local Rule 5.3(b)(A), a motion to authorize sealing must:

    (i)     state the authority for sealing;

    (ii)    include an identification and description of each item proposed for sealing;

    (iii)   state the reason that sealing each item is necessary;

    (iv)   state the reason that a means other than sealing is not available or unsatisfactory to preserve the interest advanced by the movant in support of the seal; and

    (v)    have a supporting brief.

E.D. MICH. LR 5.3(b)(A).  Defendant's motion complies with these requirements as it adequately identifies and describes each document it would like sealed and the reasons sealing each document is necessary. The motion will be granted and Defendant will be allowed to file its response and its identified exhibits under seal at this time.

However, as this Court previously noted in ECF No. 54, this is a court of public record. The request to seal the exhibits will be granted only on the condition that the documents are not necessary to an adjudicatory process. If the sealed items become relevant to an adjudicatory process (e.g., argument on the record in open court, publishing of a written opinion, etc.) this order will be revisited and the documents may be unsealed

Accordingly, it is **ORDERED** that Defendant's Motion to Seal, ECF No. 60, is provisionally **GRANTED**.

It is further **ORDERED** that the identified portions of Defendant's Response to Plaintiff's Motion to Certify Class and Exhibits D-F and I-L accompanying the Declaration of Jeffrey Landis shall be filed **UNDER SEAL**.

Dated: September 21, 2015        s/Thomas L. Ludington
                                 THOMAS L. LUDINGTON
                                 United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 21, 2015.

                         s/Michael A. Sian
                         MICHAEL A. SIAN, Case Manager