UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBORAH KINDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, an Iowa corporation,<br><br>Defendant. | Case No. 1:14-cv-11284-TLL-CEB<br><br>Hon. Thomas L. Ludington |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Deborah Kinder, individually and on behalf of the putative class, and Defendant Meredith Corporation, hereby provide notice to the Court that the parties have reached an agreement on the principal terms of a class-wide settlement that, subject to Court approval, would fully and finally resolve all claims against Defendant related to the Michigan Video Rental Privacy Act. The parties are in the process of drafting the class action settlement agreement and related documents, and anticipate submitting approval papers to the Court within seven (7) days.

Respectfully submitted,

Dated: September 29, 2015

**Deborah Kinder,** individually and on behalf of all others similarly situated,

By: /s/ Benjamin S. Thomassen
One of Plaintiff's Attorneys

Ari J. Scharg

1

                    ascharg@edelson.com
                    Benjamin S. Thomassen
                    bthomassen@edelson.com
                    EDELSON PC
                    350 North LaSalle Street, Suite 1300
                    Chicago, Illinois 60654
                    Tel: 312.589.6370
                    Fax: 312.589.6378

                    Henry M. Scharg – P28804
                    hmsattyatlaw@aol.com
                    LAW OFFICE OF HENRY M. SCHARG
                    718 Ford Building
                    Detroit, Michigan 48226
                    Tel: 248.596.1111
                    Fax: 248.671.0335

                    *Counsel for Plaintiff Kinder and the putative class*

Dated: September 29, 2015        **Meredith Corporation**

                    By: /s/ Jacob Sommer
                    One of Defendant's Attorneys

                    Marc Zwillinger
                    marc@zwillgen.com
                    Jacob Sommer
                    jake@zwillgen.com
                    Jeffrey Landis
                    jeff@zwillgen.com
                    1900 M. St. N.W., Ste. 250
                    Washington, DC 20036
                    (202) 706-5205

                    Robert M. Jackson (P40723)
                    rjackson@honigman.com
                    Arthur T. O'Reilly (P70406)
                    aoreilly@honigman.com
                    HONIGMAN MILLER SCHWARTZ AND

COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
(313) 465-7430

*Counsel for Defendant Meredith Corporation*

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, an attorney, certify that on September 29, 2015, I served the above and foregoing *Joint Notice of Settlement* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                  /s/ Benjamin S. Thomassen