# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBORAH KINDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, an Iowa corporation,<br><br>Defendant. | Case No. 1:14-cv-11284-TLL-CEB<br><br>Hon. Thomas L. Ludington |

## STIPULATION AND ORDER STAYING DEADLINES

This Joint Stipulation is entered into by and amongst Plaintiff Deborah Kinder ("Plaintiff") and Defendant Meredith Corporation ("Defendant"), by and through their respective counsel.

WHEREAS, on September 25, 2015, the Parties reached agreement on the principle terms of a class-wide settlement, which, if approved, will fully and finally resolve all claims against Defendant related to the Michigan Video Rental Privacy Act. (Dkt. 69.)

WHEREAS, the Parties are currently in the process of drafting their class action settlement agreement and notice documents, and Plaintiff intends to file her motion for preliminary approval with the Court by Monday, October 5, 2015.

WHEREAS, in the interest of efficiency and to conserve resources, the Parties respectfully request that the Court stay all pending deadlines in the case,

including Plaintiff's October 5, 2015 deadline to file her reply in support of her motion for class certification.

WHEREAS, this stipulated request is not being filed for purposes of delay, but instead, is meant to expedite the resolution of this lawsuit by allowing the Parties to focus their time on finalizing the settlement agreement and preparing the motion for preliminary approval (which Plaintiff intends to file with the Court by October 5, 2015).

**NOW THEREFORE,** the Parties hereby STIPULATE and AGREE as follows, subject to Court approval:

1. All pending deadlines in this matter, including those relating to Plaintiff's pending motion for class certification, are stayed pending resolution of Plaintiff's upcoming motion for preliminary approval of the proposed class action settlement.

**IT IS SO STIPULATED.**

                                              Respectfully submitted,

Dated: October 1, 2015           **Deborah Kinder,** individually and on behalf of all others similarly situated,

By: /s/ Ari J. Scharg
One of Plaintiff's Attorneys

Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com

EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.596.1578

*Counsel for Plaintiff and the putative class*

Dated: October 1, 2015          **Meredith Corporation**

By: /s/ Jacob Sommer
One of Defendant's Attorneys

Marc Zwillinger
marc@zwillgen.com
Jacob Sommer
jake@zwillgen.com
Jeffrey Landis
jeff@zwillgen.com
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 706-5205

Robert M. Jackson (P40723)
rjackson@honigman.com
Arthur T. O'Reilly (P70406)
aoreilly@honigman.com
HONIGMAN MILLER SCHWARTZ AND
COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226

- 4 -

(313) 465-7430

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH KINDER,

        Plaintiff,                       Case No. 14-cv-11284

v                                            Honorable Thomas L. Ludington

MEREDITH CORPORATION,

        Defendant.
_____/

## **ORDER STAYING DEADLINES**

    Pursuant to the parties' stipulation;

    It is **ORDERED** that all deadlines in this matter are **STAYED** pending resolution of Plaintiff's forthcoming motion for preliminary approval of the proposed class action settlement.

                                                         s/Thomas L. Ludington
                                                         THOMAS L. LUDINGTON
                                                         United States District Judge

Dated: October 1, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 1, 2015.

                            s/Michael A. Sian
                            MICHAEL A. SIAN, Case Manager