UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Deborah Kinder,

                        Plaintiff(s),

v.                                           Case No. 1:14–cv–11284–TLL–CEB
                                                 Hon. Thomas L. Ludington

Meredith Corporation,

                        Defendant(s),
_____

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Certify Class – #55
        Motion – #72

- MOTION HEARING: February 3, 2016 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/M Sian
                                                                   Case Manager

Dated: October 19, 2015