# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| DEBORAH KINDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, an Iowa corporation,<br><br>Defendant. | Case No. 1:14-cv-11284-TLL-CEB<br><br>[Hon. Thomas L. Ludington] |

## INDEX OF EXHIBITS

**Exhibit 1 – Settlement Agreement**

**Exhibit 2 – Declaration of Ari J. Scharg**

**Exhibit 3 – Declaration of Rachel Christman**