# Exhibit 3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

DEBORAH KINDER, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

MEREDITH CORPORATION, an Iowa corporation,

Defendant.

Case No. 1:14-cv-11284-TLL-CEB

[Hon. Thomas L. Ludington]

**DECLARATION OF RACHEL CHRISTMAN REGARDING DISSEMINATION OF NOTICE, FILED CLAIMS, REQUESTS FOR EXCLUSION, AND OBJECTIONS**

I, Rachel Christman declare as follows:

1. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the mailing of the Notice and the results thereof. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am employed as Director of Antitrust by Kurtzman Carson Consultants LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. KCC was approved as Settlement Administrator for the Settlement of the above-captioned action by the Order Granting Motion of Preliminary Approval of Class Settlement (the "Order") that was entered by the Court on February 5, 2016 in connection with the settlement of the above-captioned litigation.

**EXPERIENCE**

3. KCC is a class action administrator that specializes in providing comprehensive class action services including, but not limited to, pre-settlement consulting, email and postal

mailing campaign implementation, website design, claims administration, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, class member data management, legal notification, call center support, claims administration and other related services critical to the effective administration of class action settlements. KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing and disbursement requirements of settlements to ensure the orderly and fair treatment of class members and all parties in interest.

4. KCC's business is national in scope. Since 1984, KCC has administered more than 5,500 matters. As part of these settlements, KCC has provided notice and administration services for cases with class members that range in numbers from 22 to over 26 million, and has distributed settlement payments totaling well over $20 billion in assets.

## CAFA

5. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint and Demand for Jury Trial, Answer and Affirmative Defenses, Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Declaration of Ari J. Scharg in Support of Plaintiff's Motion for Preliminary Approval of the Parties' Class Action Settlement, [Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan, Claim Form, Email Notice, USPS Notice (postcard), Long Form Notice, Class Action Settlement Agreement, [Proposed] Final Judgment and Order of Dismissal with Prejudice, and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (issued August 26, 2014), which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

6. On October 14, 2015, KCC caused sixty-one (61) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Novato, California to the parties listed on

Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

7. On November 10, 2015, Mayra Giron of the U.S. Department of Justice (Civil Division), Commercial Litigation Branch, Fraud Section, contacted KCC stating that the CD-ROM received was damaged and requested that the documentation included on the CD-ROM be emailed directly to her. On that same day, Jeanne Chernila of KCC provided the requested information via email. A copy of that communication exchange is attached hereto as Exhibit C. As of the date of this declaration, KCC has received no other response to the CAFA Notice Packet from any of the recipients identified in paragraph 6 above.

**Notification to the Settlement Class**

8. KCC formatted the Email Notice, USPS Notice, and Claim Form for dissemination via email ("Email Notice"), via First Class U.S. Mail ("Postcard Notice and Claim Form"), and for posting to the Settlement Website ("Long Form Notice", "Unknown Claim Form"). The Postcard Notice and Claim Form was formatted as a double side postcard including a tear off Claim Form with return postage prepaid. True and correct copies of the Email Notice, Postcard Notice and Claim Form, Long Form Notice and Unknown Claim Form are attached hereto as Exhibits D – G.

9. On October 28, 2015, KCC obtained from the Defendant, Meredith Corporation ("Meredith"), an electronic list that included 968,644 records. This list contained the names, last known U.S. Mail addresses, and email addresses (where available) of persons identified in Meredith's records as members of the Settlement Class[1] (the "Class List").

[1] The "Settlement Class" means all persons with Michigan street addresses who purchased a subscription to a Meredith Publication between January 1, 2009 and March 28, 2014. Excluded from the Settlement Class are (1) any Judge or Magistrate presiding over this Action and members of their families; (2) the Defendant, Defendant's subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers, directors, agents, attorneys, and employees; (3) persons who properly execute and file a timely request for exclusion from the class; and (4) the legal representatives, successors or assigns of any such excluded persons.

10. Prior to sending the notices, the names and addresses on the Class List were processed through the National Change of Address ("NCOA") database to update any changes of address on file with the United States Postal Service ("USPS"). KCC removed 2,223 duplicate records and further removed 3 incomplete records (those missing both a valid mailing and email address) from the Class List. Of the records remaining, 360,814 records contained email addresses (the "Email List"), and 605,604 records contained mailing addresses with no email address (the "Mailing List").

11. On February 19, 2016, KCC caused the Email Notice to be e-mailed to the 360,814 records on the Email List. Of those, 343,416 were successfully delivered and 17,398 "bounced" (were not successfully delivered).

12. On February 26, 2016 KCC caused the Postcard Notice and Claim Form to be mailed to the 605,604 records on the Mailing List. KCC delivered the Postcard Notice and Claim Forms to the United States Post Office located in San Rafael, California.

13. On March 1, 2016, KCC caused the Postcard Notice and Claim Form to be mailed to the 17,398 bounced records. KCC delivered the Postcard Notice and Claim Forms to the United States Post Office located in Milwaukee, Wisconsin.

14. To date, KCC has received 23,242 Postcard Notice and Claim Forms returned by the USPS with undeliverable addresses and 458 Postcard Notice and Claim Forms returned by the USPS with forwarding addresses. KCC has forwarded the 458 Postcard Notice and Claim Forms to the forwarding addresses provided by the USPS.

15. Based on our calculations, and a total class size of 966,418, the individual notice effort reached approximately 97.6% of the Class.

16. To date, KCC has received 589 requests for mailed notice. Of these, 310 have been matched to the Class List and are promptly being mailed a Postcard Notice and Claim Form, and 279 have not been matched to the Class List and are promptly being mailed the Unknown Claim Form.

17. On or before February 19, 2016, KCC established a toll-free telephone number, 1-877-369-4017, which persons may call to listen to answers to Frequently Asked Questions and request that a Postcard Notice and Claim Form be mailed to them.

18. On or before February 19, 2016, KCC established an email address (info@meredithmagazinesettlement.com), mailing address (P.O. Box 30207, College Station, TX 77842-3207) and Settlement Website (www.meredithmagazinesettlement.com) to accommodate potential class member inquiries.

19. The Settlement Website contains, among other things, pertinent Case Documents for review and download by Class Members, Frequently Asked Questions, and an electronic Claim Form which allows for the online submission of claims.

**Exclusions, Objections and Claims**

20. The earliest possible claims filing deadline is June 25, 2016. To date, KCC has received 98,022 filed claims. Prior to distribution of funds, KCC will evaluate these and any other timely filed claims to remove duplicate filings, assess and correct deficient claims (where possible), and reject invalid claim filings. This review of claims is ongoing and has not been completed.

21. The exclusion postmark deadline was April 11, 2016. To date, KCC has received 33 timely requests for exclusion and zero late requests for exclusion. A true and correct list of these requests is attached hereto as Exhibit H.

22. The objection postmark deadline was April 11, 2016. To date, KCC has received zero timely objections and zero late objections.

23. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 20th day of April, 2016, at San Rafael, California.

Rachel Christman

RACHEL CHRISTMAN

# EXHIBIT A

ZG ZwillGen PLLC 1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

October 14, 2015

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State» «Zip»

Re: Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

ZWILLGEN PLLC represents Meredith Corp. ("Meredith") in a putative class action lawsuit entitled *Deborah Kinder, individually, and on behalf of all others similarly situated, v. Meredith Corp., an Iowa corporation*, Case No. 1:14-cv-11284-TLL-CEB. The lawsuit is pending before the Honorable Thomas L. Ludington in the United States District Court for the Eastern District of Michigan. This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on October 5, 2015.

**Case Name:** *Deborah Kinder, et al., v. Meredith Corp.*

**Case Number:** 1:14-cv-11284-TLL-CEB

**Jurisdiction:** United States District Court, Eastern District of Michigan

**Date Settlement Filed with Court:** October 5, 2015

Meredith denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. The action involves claims under the Michigan Video Rental Privacy Act ("VRPA"), 445.1711 *et seq.* for a class of current and former Michigan residents. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

ZG ZwillGen PLLC 1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint and Demand for Jury Trial* and *Answer and Affirmative Defenses* are included on the enclosed CD Rom.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of October 14, 2015, the Court has not yet scheduled a final fairness hearing in this matter. On October 5, 2015, Plaintiff filed *Plaintiff's Motion for Preliminary Approval of Class Action Settlement*. Copies of *Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Declaration of Ari J. Scharg in Support of Plaintiff's Motion for Preliminary Approval of the Parties' Class Action Settlement*, and *[Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan* are included on the enclosed CD Rom.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Claim Form, Notice, USPS Notice* (postcard), and *Long Form Notice* to be provided to the class are included on the enclosed CD Rom.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Class Action Settlement Agreement* is included on the enclosed CD Rom.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of October 14, 2015, no other settlement or agreement has been entered into by the parties to this Action.

6. **28 U.S.C. § 1715(b)(6) – Final Judgmen**t: No Final Judgment has been reached as of October 14, 2015, nor have any Notices of Dismissal been granted at this time. A copy of the *[Proposed] Final Judgment and Order of Dismissal with Prejudice* is included on the enclosed CD Rom.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Meredith is in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Pursuant to 28 U.S.C. §



ZG ZwillGen PLLC 1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

1715(b)(7)(B), it is estimated that there are approximately 950,000 individuals in the class.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time. A Copy of the *Order Granting in Part and Denying in Part Defendants' Motion to Dismiss* (issued August 26, 2014), is included on the enclosed CD Rom.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned at either jake@zwillgen.com or (202) 296-3585 immediately so that Meredith can address any concerns or questions you may have.

Thank you.

Sincerely,

*/s/*
Jacob Sommer
ZWILLGEN PLLC

Enclosure – CD Rom

# EXHIBIT B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Geraghty | Michael | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| McDaniel | Dustin | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Horne | Tom | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| | CAFA Coordinator | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Nathan | Irvin | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Lynch | Loretta E. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matt | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Louie | David | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Coakley | Martha | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Gansler | Douglas F. | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Bruning | Jon | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Delaney | Michael | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Chiesa | Jeffrey S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| King | Gary | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Masto | Catherine Cortez | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| Dewine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Cooper, Jr. | Robert E. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Abbott | Greg | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Swallow | John | Utah Office of the Attorney General | State Capitol, Room 236 | 305 N State St | Salt Lake City | UT | 84114-0810 |
| Cuccinelli | Ken | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Van Hollen | J.B. | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Phillips | Gregory | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Lutu | Afoa Leulumoega | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Rapadas | Leonardo M | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| San Nicolas | Joey Patrick | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902-0192 |
| Frazer | Vincent | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Sommer | Jacob | ZwillGen PLLC | 1900 M Street NW, Suite 250 | | Washington | DC | 20036 |
| Scharg | Ari J. | Edelson PC | 350 North LaSalle Street, 13th Floor | | Chicago | IL | 60654 |
| Passarella | Patrick M. | KCC Class Action Services | 75 Rowland Way | Suite 250 | Novato | CA | 94945 |
| Carameros | Jonathan D. | KCC Class Action Services | 75 Rowland Way | Suite 250 | Novato | CA | 94945 |

# EXHIBIT C

**Jeanne Chernila**

**From:** Jeanne Chernila
**Sent:** Tuesday, November 10, 2015 8:36 AM
**To:** 'Giron, Mayra (CIV)'
**Subject:** RE: CAFA-- Deborah Kinder, et al. v. Meredith Corp.
**Attachments:** MDK - CAFA_151009.zip

**Importance:** High

Hi Mayra,

I'm very sorry you have had repeat issues with CAFA CDs! We have changed our mailing methods, hopefully future mailings will not be so problematic.

Attached is the requested documentation, please let me know if you have any issues access the files.

Best,
Jeanne

Jeanne M. Chernila
Associate Consultant
KCC Class Action Services
75 Rowland Way, Suite 250
Novato, CA 94945
Tel: 415.798.5969
Fax: 415.892.7354
jchernila@kccllc.com
www.kccllc.com

---

**From:** Giron, Mayra (CIV) [mailto:Mayra.Giron@usdoj.gov]
**Sent:** Tuesday, November 10, 2015 7:11 AM
**To:** Jeanne Chernila
**Subject:** CAFA-- Deborah Kinder, et al. v. Meredith Corp.

Good Day Jeanne,

The CD we received for *Deborah Kinder, et al. v. Meredith Corp*. was damaged. Would you please email me the documents?

Thanks,

Mayra Giron
U.S. Department of Justice (Civil Division)
Commercial Litigation Branch, Fraud Section
601 D Street, N.W. Room 9553
Washington, DC 20004
202-307-0239

# EXHIBIT D

From: info@meredithmagazinesettlement.com
To: <<Email>>
Re: Legal Notice of Class Action Settlement

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
*Kinder v. Meredith Corp.*, Case No. 1:14-cv-11284-TLL-CEB
**(United States District Court for the Eastern District of Michigan)**

Your Claim ID: <<Claim8>>
Your PIN: <<PIN>>

This notice is to inform you of the settlement of a class action lawsuit with magazine publisher Meredith Corporation, the Defendant in this case. Plaintiff Deborah Kinder alleges that Defendant disclosed its customers' subscription information to third parties in violation of Michigan privacy law. Defendant denies any wrongdoing, but has agreed to settle the claims against it.

**Am I included?** You are included if you had a Michigan street address and purchased a subscription to a Meredith Publication between January 1, 2009 through March 28, 2014. Meredith Publications include: Ageless Iron, AllRecipes, American Baby, American Patchwork & Quilting, Beautiful Homes, Better Homes and Gardens, Country Gardens, Country Home, Creative Home, Decorating, Diabetic Living, Do It Yourself, Eating Well, Every Day with Rachael Ray (nka Rachael Ray Every Day), Family Circle, FamilyFun, Fitness, Garden, Deck & Landscape, Garden Ideas, Heart Healthy Living, Ladies Home Journal, Living the Country Life, Midwest Living, More, Parents, Ready Made, Renovation Style, Scrapbooks, etc., Ser Padres, Siempre Mujer, Successful Farming, Traditional Home, Wood.

More information is available at: www.meredithmagazinesettlement.com.

**What do I get?** Defendant will establish a Settlement Fund of $7,500,000.00 to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses, attorneys' fees and costs, and an incentive award. If you are entitled to relief, you may submit a claim to receive a *pro rata* share of the Settlement Fund, which Class Counsel estimates to be about $100 per class member, although the final amount will depend on the number of valid claims submitted. The Settlement also requires Defendant to not disclose its Michigan customers' subscription information to third-party companies without the prior express written consent of the affected subscribers for a four-year period.

**How do I receive a payment?** To receive a payment, you must submit a claim form by mail or online. You may submit the claim form online at www.meredithmagazinesettlement.com or download a claim form from the website and submit it to the Claims Administrator by mail. You may also request a paper copy of the claim form by writing to the Claims Administrator at the address below, or by calling toll-free 1-877-369-4017. Your claim form must be submitted online, or postmarked by **June 25, 2016** or 45 days after the Court issues an order granting final approval, whichever comes later.

You will be asked to enter your Claim ID and PIN Code. These are located at the top of this notice.

**Additional rights.** To get out of the Settlement, you must exclude yourself by **April 11, 2016**. If you stay in the Settlement, you will not be able to sue Defendant for any claims released as part of the Settlement. If you disagree with any part of the Settlement and do not exclude yourself, you may object to the Settlement by **April 11, 2016**. The Court will hold a hearing on **May 11, 2016** at **4:00 p.m.** to consider whether to approve the Settlement, request for attorneys' fees (up to 35% of the Settlement Fund) and class representative award of $10,000. The Court has appointed attorneys to represent the Settlement Class. However, you may hire a separate attorney to represent you at your own expense.

**For more information**, including obtaining a more detailed notice, claim forms, a copy of the Settlement Agreement and other court documents, please visit www.meredithmagazinesettlement.com, call 1-877-369-4017, or write to the Claims Administrator at Magazine Subscriber Privacy Settlement Administrator, c/o KCC LLC, PO Box 30207, College Station, TX 77842-9916.

# EXHIBIT E

Magazine Subscriber Privacy Settlement Administrator
c/o KCC LLC
P.O. Box 30207
College Station, TX 77842-9916

2D

Presorted
First-Class Mail
US Postage
**PAID**
Gilardi & Co

COURT AUTHORIZED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**OUR RECORDS INDICATE YOU HAVE SUBSCRIBED TO A MEREDITH CORP. MAGAZINE * AND ARE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*The Meredith Corporation Publications included in this matter are: Ageless Iron, AllRecipes, American Baby, American Patchwork & Quilting, Beautiful Homes, Better Homes and Gardens, Country Gardens, Country Home, Creative Home, Decorating, Diabetic Living, Do It Yourself, Eating Well, Every Day with Rachael Ray, (nka Rachael Ray Every Day), Family Circle, FamilyFun, Fitness, Garden, Deck & Landscape, Garden Ideas, Heart Healthy Living, Ladies Home Journal, Living the Country Life, Midwest Living, More, Parents, Ready Made., Renovation Style, Scrapbooks, etc., Ser Padres, Siempre Mujer, Successful Farming, Traditional Home, Wood.

Postal Service: Please Do Not Mark Barcode

MDK-<<Claim7>>-<<CkDig>>

Your Claim ID: <<Claim7>>
Your PIN: <<PIN>>
Please retain this information for online claim filing.

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# MDK

## MAGAZINE SUBSCRIBER PRIVACY SETTLEMENT CLAIM FORM

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED NO LATER THAN 45 DAYS AFTER THE COURT ENTERS THE FINAL JUDGMENT. THIS DEADLINE IS ESTIMATED TO BE **JUNE 25, 2016**. THIS CLAIM FORM MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.

Instructions: Fill out each section of this form and sign where indicated.

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

Street Address (if different from above, otherwise leave blank): ______________________________

City: ______________________________ State: __________ Zip Code: ______________

Email Address (optional): ______________________________

Contact Phone #: ( _______ ) _______ – ______________ (You may be contacted if further information is required.)

Class Member Verification: By submitting this claim form and checking the box below, I declare that I believe I am a member of the Settlement Class and that the following statements are true (the box below must be checked to receive a payment):

☐ I had a Michigan street address and purchased a subscription to a Meredith Publication between January 1, 2009 and March 28, 2014. Meredith Publications are listed on the Notice Postcard attached to this Claim Form.

Under penalty of perjury, all information provided in this Claim Form is true and correct to the best of my knowledge and belief.

Signature: ______________________________ Date: ______________

Print Name: ______________________________

The Settlement Administrator will review your Claim Form, If it is accepted you will be mailed a check for a *pro rata* share depending on the number of valid claim forms received. This process takes time, please be patient.

**Questions, visit www.meredithmagazinesettlement.com or call 1-877-369-4017**





A settlement has been reached in a class action lawsuit claiming that Defendant magazine publisher Meredith Corp. disclosed its customers' subscription information to third parties in violation of Michigan privacy law. The Defendant denies it violated any law, but has agreed to the settlement to avoid the uncertainties and expenses associated with continuing the case.

**Am I a Class Member?** Our records indicate you may be a Class Member. Class Members are persons with Michigan street addresses who purchased a subscription to one or more of the magazines listed on the reverse side of this postcard.

**What Can I Get?** If approved by the Court, Defendant will establish a Settlement Fund of $7,500,000.00 to pay all valid claims submitted by the Settlement Class, together with notice and administration expenses, attorneys' fees and costs, and an incentive award. If you are entitled to relief, you may submit a claim to receive a *pro rata* share of the Settlement Fund, estimated at $100 per class member. The Settlement also requires Defendant to not disclose its Michigan customers' subscription information to third-party companies without the prior express written consent of the affected subscribers for a four-year period.

**How Do I Get a Payment?** You must submit a timely and properly completed Claim Form no later than 45 days after the Court enters the Final Judgment. This deadline is estimated to be **June 25, 2016**. You may use the Claim Form attached to this Notice or **submit one online at www.meredithmagazinesettlement.com**.

**What are My Other Options?** You may exclude yourself from the Class by sending a letter to the settlement administrator no later than **April 11, 2016**. If you exclude yourself, you cannot get a settlement payment, but you keep any rights you may have to sue the Defendant over the legal issues in the lawsuit. You and/or your lawyer have the right to appear before the Court and/or object to the proposed settlement. Your written objection must be filed no later than **April 11, 2016**. Specific instructions about how to object to, or exclude yourself from, the Settlement are available at www.meredithmagazinesettlement.com. If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims relating to the alleged disclosure or subscriber information in this case against the Defendant will be released.

**Who Represents Me?** The Court has appointed lawyers Jay Edelson, Ari J. Scharg, and Benjamin S. Thomassen from Edelson PC to represent the class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing at **4:00 p.m.** on **May 11, 2016** at the United States Post Office Building, Room 206, 1000 Washington Avenue, Bay City, Michigan. At that hearing, the Court will: hear any objections concerning the fairness of the settlement; determine the fairness of the settlement; decide whether to approve Class Counsel's request for attorneys' fees and costs; and decide whether to award the Class Representative $10,000 from the Settlement Fund for her services in helping to bring and settle this case. Defendant has agreed to pay Class Counsel in an amount to be determined by the Court. Class Counsel will seek no more than 35% of the Settlement Fund; the Court may award less than this amount.

**How Do I Get More Information?** For more information, including the full Notice, Claim Form and Settlement Agreement, go to www.meredithmagazinesettlement.com, contact the settlement administrator at 1-877-369-4017 or Magazine Subscriber Privacy Settlement Administrator, PO Box 30207, College Station, TX 77842-9916, or call Class Counsel at 1-866-354-3015.

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 35 COLLEGE STATION TX

POSTAGE WILL BE PAID BY ADDRESSEE

MAGAZINE SUBSCRIBER PRIVACY
SETTLEMENT ADMINISTRATOR
KCC LLC
PO BOX 30207
COLLEGE STATION, TX 77842-9916

MDK

# EXHIBIT F

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

*Kinder v. Meredith Corp.*, Case No. 1:14-cv-11284-TLL-CEB

# IF YOU PURCHASED A SUBSCRIPTION TO A MEREDITH PUBLICATION BETWEEN JANUARY 1, 2009 AND MARCH 28, 2014, YOU MAY BE PART OF A CLASS ACTION SETTLEMENT.

***A federal court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.***

- A settlement has been reached in a class action lawsuit against magazine publisher Meredith Corporation, who is the Defendant. The class action lawsuit involves whether Meredith disclosed its customers' subscription information to third parties in violation Michigan privacy law.
- You are included if you had a Michigan street address and purchased a subscription to a Meredith Publication between January 1, 2009 through March 28, 2014. Meredith Publications include: Ageless Iron, AllRecipes, American Baby, American Patchwork & Quilting, Beautiful Homes, Better Homes and Gardens, Country Gardens, Country Home, Creative Home, Decorating, Diabetic Living, Do It Yourself, Eating Well, Every Day with Rachael Ray (nka Rachael Ray Every Day), Family Circle, FamilyFun, Fitness, Garden, Deck & Landscape, Garden Ideas, Heart Healthy Living, Ladies Home Journal, Living the Country Life, Midwest Living, More, Parents, Ready Made, Renovation Style, Scrapbooks, etc., Ser Padres, Siempre Mujer, Successful Farming, Traditional Home, Wood.
- Those included in the Settlement will be eligible to receive a pro-rata portion of the Settlement Fund, which Class Counsel anticipates to be approximately $100. Meredith has also agreed that, for a period of four (4) years following Preliminary Approval, it will not disclose any of its Michigan customers' Subscriber Information to any third-party companies without the prior express written consent of the affected subscribers.
- Please read this notice carefully. Your legal rights are affected whether you act, or don't act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to receive a payment. |
| **EXCLUDE YOURSELF** | You will receive no benefits, but you will retain any rights you currently have to sue the Defendant about the claims in this case. |
| **OBJECT** | Write to the Court explaining why you don't like the Settlement. |
| **GO TO THE HEARING** | Ask to speak in Court about your opinion of the Settlement. |
| **DO NOTHING** | You won't get a share of the Settlement benefits and will give up your rights to sue the Defendant about the claims in this case. |

These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

## BASIC INFORMATION

### 1. Why was this Notice issued?

A Court authorized this notice because you have a right to know about a proposed Settlement of this class action lawsuit and about all of your options, before the Court decides whether to give final approval to the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights.

The Honorable Thomas L. Ludington, of the U.S. District Court for the Eastern District of Michigan (Bay City), is overseeing this case. The case is known as *Kinder v. Meredith Corp.*, Case No. 1:14-cv-11284-TLL-CEB. The person who sued is called the Plaintiff. The Defendant is Meredith Corporation.

### 2. What is a class action?

In a class action, one or more people called class representatives (in this case, Deborah Kinder) sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all class members, except for those who exclude themselves from the Class.

### 3. What is this lawsuit about?

This lawsuit claims that Defendant violated Michigan's Video Rental Privacy Act, M.C.L. § 445.1712 ("VRPA") by disclosing information related to its customers' magazine subscriptions to third parties. The Defendant denies it violated any law. The Court has not determined who is right. Rather, the Parties have agreed to settle the lawsuit to avoid the uncertainties and expenses associated with ongoing litigation.

### 4. Why is there a Settlement?

The Court has not decided whether the Plaintiff or the Defendant should win this case. Instead, both sides agreed to a Settlement. That way, they avoid the uncertainties and expenses associated with ongoing litigation, and Class Members will get compensation now rather than, if at all, years from now.

## WHO'S INCLUDED IN THE SETTLEMENT?

### 5. How do I know if I am in the Settlement Class?

The Court decided that everyone who fits this description is a member of the **Settlement Class**:

Persons that had Michigan street addresses and purchased a subscription to a Meredith Publication between January 1, 2009, and March 28, 2014.

Meredith Publications include: Ageless Iron, AllRecipes, American Baby, American Patchwork & Quilting, Beautiful Homes, Better Homes and Gardens, Country Gardens, Country Home, Creative Home, Decorating, Diabetic Living, Do It Yourself, Eating Well, Every Day with Rachael Ray (nka Rachael Ray Every Day), Family Circle, FamilyFun, Fitness, Garden, Deck & Landscape, Garden Ideas, Heart Healthy Living, Ladies Home Journal, Living the Country Life, Midwest Living, More, Parents, Ready Made, Renovation Style, Scrapbooks, etc., Ser Padres, Siempre Mujer, Successful Farming, Traditional Home, Wood.

Based on Defendant's records, there are approximately 980,000 potential Class Members.

## THE SETTLEMENT BENEFITS

### 6. What does the Settlement provide?

***Monetary Relief***: Defendant has created a Settlement Fund totaling $7,500,000.00. Class Member payments, as well as the cost to administer the Settlement, the cost to inform people about the Settlement, attorneys' fees and an award to the Class Representative will also come out of this fund (*see* Question 13).

***Privacy Protections***: In addition to this monetary relief, for a period of four (4) years following Preliminary Approval, the Defendant has agreed not to disclose any Michigan Subscriber Information to any third-party companies without the prior express written consent of the affected subscribers.

A detailed description of the settlement benefits can be found in the Settlement Agreement.

### 7. How much will my payment be?

If you are member of the Settlement Class you may submit a Claim Form to receive a portion of the Settlement Fund. The amount of this payment will depend on how many of the Class Members file valid claims. Each Class Member who files a valid claim will receive a proportionate share of the Settlement Fund, which Class Counsel anticipates will be approximately $100. You can contact Class Counsel at 1-866-354-3015 to inquire as to the number of claims filed.

### 8. When will I get my payment?

You should receive a check from the settlement administrator within 60 days after the Effective Date (as defined in Section 1.10 of the Settlement Agreement). The hearing to consider the final fairness of the Settlement is scheduled for May 11, 2016. All checks will expire and become void 90 days after they are issued.

## HOW TO GET BENEFITS

### 9. How do I get a payment?

If you are a Class Member and you want to get a payment, you must complete and submit a Claim Form no later than 45 days after the Court enters the Final Judgment. This deadline is estimated to be **June 25, 2016**. Claim Forms can be found and submitted on-line or you may have received a Claim Form in the mail as a postcard attached to a summary of this notice. To submit a Claim Form on-line or to request a paper copy, go to www.meredithmagazinesettlement.com or call toll free, 1-877-369-4017.

**We also encourage you to submit your claim electronically. Not only is it easier and more secure, but it is completely free and takes only minutes!**

## REMAINING IN THE SETTLEMENT

### 10. What am I giving up if I stay in the Class?

If the Settlement becomes final, you will give up your right to sue the Defendant for the claims being resolved by this Settlement. The specific claims you are giving up against the Defendant are described in the Settlement Agreement. You will be "releasing" the Defendant and certain of its affiliates described in Section 1.26 of the Settlement Agreement. Unless you exclude yourself (*see* Question 14), you are "releasing" the claims, regardless of whether you submit a claim or not. The Settlement Agreement is available by clicking here.

The Settlement Agreement describes the released claims with specific descriptions, so read it carefully. If you have any questions you can talk to the lawyers listed in Questions 12 & 17 for free or you can, of course, talk to your own lawyer if you have questions about what this means.

**11. What happens if I do nothing at all?**

If you do nothing, you won't get any benefits from this Settlement. But, unless you exclude yourself, you won't be able to start a lawsuit or be part of any other lawsuit against the Defendant for the claims being resolved by this Settlement.

## THE LAWYERS REPRESENTING YOU

**12. Do I have a lawyer in the case?**

The Court has appointed Jay Edelson, Ari J. Scharg, and Benjamin S. Thomassen of Edelson PC to be the attorneys representing the Settlement Class. They are called "Class Counsel." They believe, after conducting an extensive investigation, that the Settlement Agreement is fair, reasonable, and in the best interests of the Settlement Class. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**13. How will the lawyers be paid?**

The Defendant has agreed to pay Class Counsel attorneys' fees and costs in an amount to be determined by the Court. The fee petition will seek no more than 35% of the Settlement Fund; the Court may award less than this amount. Under the Settlement Agreement, any amount awarded to Class Counsel will be paid out of the Settlement Fund.

Subject to approval by the Court, Defendant has agreed to pay $10,000 to the Class Representative from the Settlement Fund for her services in helping to bring and settle this case.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

**14. How do I get out of the Settlement?**

To exclude yourself from the Settlement, you must mail or otherwise deliver a letter (or request for exclusion) stating that you want to be excluded from the *Kinder v. Meredith Corp.*, Case No. 1:14-cv-11284-TLL-CEB settlement. Your letter or request for exclusion must also include your name, your address, the name of the Meredith publication(s) to which you subscribed, your signature, the name and number of this case, and a statement that you wish to be excluded. You must mail or deliver your exclusion request no later than **April 11, 2016** to:

Magazine Subscriber Privacy Settlement
c/o KCC LLC
PO Box 30207
College Station, TX 77842-9916

**15. If I don't exclude myself, can I sue the Defendant for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue the Defendant for the claims being resolved by this Settlement.

**16. If I exclude myself, can I get anything from this Settlement?**

No. If you exclude yourself, do not submit a Claim Form to ask for benefits.

## OBJECTING TO THE SETTLEMENT

### 17. How do I object to the Settlement?

If you're a Class Member, you can object to the Settlement if you don't like any part of it.  You can give reasons why you think the Court should not approve it. The Court will consider your views.  To object, you must file with the Court a letter or brief stating that you object to the Settlement in *Kinder v. Meredith Corp.*, Case No. 1:14-cv-11284-TLL-CEB and identify all your reasons for your objections (including citations and supporting evidence) and attach any materials you rely on for your objections. Your letter or brief must also include your name, your address, the basis upon which you claim to be a Class Member (including the name of the Meredith Publication to which you are or were a subscriber), the name and contact information of any and all attorneys representing, advising, or in any way assisting you in connection with your objection, and your signature. If you or an attorney assisting you with your objection have ever objected to any class action settlement where you or the objecting attorney has asked for or received payment in exchange for dismissal of the objection (or any related appeal) without modification to the settlement, you must include a statement in your objection identifying each such case by full case caption. You must mail or deliver a copy of your letter or brief to the Court, Class Counsel and Defendant's Counsel at the addresses listed below.

Class Counsel will file with the Court and post on this website its request for attorneys' fees by March 28, 2016.

If you want to appear and speak at the Final Approval Hearing to object to the Settlement, with or without a lawyer (explained below in answer to Question Number 21), you must say so in your letter or brief.  File the objection with the Court and mail a copy to Class Counsel and Defendant's Counsel using the below addresses, postmarked no later than **April 11, 2016.**

| Court | Class Counsel | Defendant's Counsel |
|---|---|---|
| The Hon Thomas J. Ludington<br>c/o Clerk's Office<br>P.O. Box 913<br>Bay City, Michigan 48707 | Ari J. Scharg<br>Edelson PC<br>350 North LaSalle St.<br>Suite 1300<br>Chicago, Illinois 60654 | Jacob Sommer<br>ZwillGen PLLC<br>1900 M St. NW, Suite 250<br>Washington, D.C. 20036 |

### 18. What's the difference between objecting and excluding myself from the Settlement?

Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you stay in the Class. Excluding yourself from the Class is telling the Court that you don't want to be part of the Class.  If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

### 19. When and where will the Court decide whether to approve the Settlement?

The Court will hold the Final Approval Hearing at **4:00 p.m.** on **May 11, 2016** in Room 206 at the United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan. The purpose of the hearing will be for the Court to determine whether to approve the Settlement as fair, reasonable, adequate, and in the best interests of the Class; to consider the Class Counsel's request for attorneys' fees and expenses; and to consider the request for an incentive award to the Class Representative. At that

hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.

The hearing may be postponed to a different date or time without notice, so it is a good idea to check www.meredithmagazinesettlement.com or call 1-877-369-4017. If, however, you timely objected to the Settlement and advised the Court that you intend to appear and speak at the Final Approval Hearing, you will receive notice of any change in the date of such Final Approval Hearing.

### 20. Do I have to come to the hearing?

No. Class Counsel will answer any questions the Court may have. But, you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you filed and mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

### 21. May I speak at the hearing?

Yes. You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must include in your letter or brief objecting to the settlement a statement saying that it is your "Notice of Intent to Appear in *Kinder v. Meredith Corp.*, Case No. 1:14-cv-11284-TLL-CEB." It must include your name, address, telephone number and signature as well as the name and address of your lawyer, if one is appearing for you. Your objection and notice of intent to appear must be filed with the Court and postmarked no later than **April 11, 2016**, and be sent to the addresses listed in Question 17.

## GETTING MORE INFORMATION

### 22. Where do I get more information?

This Notice summarizes the Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement at www.meredithmagazinesettlement.com. You may also write with questions to Magazine Subscriber Privacy Settlement, P.O. Box 30207, College Station, TX 77842-9916. You can call the Settlement Administrator at 1-877-369-4017 or Class Counsel at 1-866-354-3015, if you have any questions. Before doing so, however, please read this full Notice carefully. You may also find additional information elsewhere on the case website.

# EXHIBIT G

**Must Be Postmarked No Later Than 45 days after the Court enters the Final Judgment. This deadline is estimated to be JUNE 25, 2016**

Magazine Subscriber Privacy Settlement Administrator
c/o KCC LLC
P.O. Box 30207
College Station, TX 77842-9916

# MAGAZINE SUBSCRIBER PRIVACY SETTLEMENT CLAIM FORM

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED NO LATER THAN 45 DAYS AFTER THE COURT ENTERS THE FINAL JUDGMENT. THIS DEADLINE IS ESTIMATED TO BE **JUNE 25, 2016**. THIS CLAIM FORM MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.

Instructions: Fill out each section of this form and sign where indicated.

First Name M.I. Last Name

Primary Address

Continuation of Primary Address

City State Zip Code

Email Address (optional)

Contact Phone #

___ — ___ — ____ (You may be contacted if further information is required.)

Class Member Verification: By submitting this claim form and filling in the circle below, I declare that I believe I am a member of the Settlement Class and that the following statements are true (the circle below must be filled in to receive a payment):

○ I had a Michigan street address and purchased a subscription to a Meredith Publication between January 1, 2009 and March 28, 2014. Meredith Publications include: Ageless Iron, AllRecipes, American Baby, American Patchwork & Quilting, Beautiful Homes, Better Homes and Gardens, Country Gardens, Country Home, Creative Home, Decorating, Diabetic Living, Do It Yourself, Eating Well, Every Day with Rachael Ray, (nka Rachael Ray Every Day), Family Circle, FamilyFun, Fitness, Garden, Deck & Landscape, Garden Ideas, Heart Healthy Living, Ladies Home Journal, Living the Country Life, Midwest Living, More, Parents, Ready Made., Renovation Style, Scrapbooks, etc., Ser Padres, Siempre Mujer, Successful Farming, Traditional Home, Wood.

Under penalty of perjury, all information provided in this Claim Form is true and correct to the best of my knowledge and belief.

Signature: ______________________________ Date: ________________

Print Name: ________________________________________

The Settlement Administrator will review your Claim Form, If it is accepted you will be mailed a check for a *pro rata* share depending on the number of valid claim forms received. This process takes time, please be patient.

**Questions, visit www.meredithmagazinesettlement.com or call 1-877-369-4017**

| FOR CLAIMS PROCESSING ONLY | OB | CB | ○ DOC ○ LC ○ REV | ○ RED ○ A ○ B |
|---|---|---|---|---|

# EXHIBIT H



Meredith Magazine Settlement
Report on Exclusions Received

| KCC Claim ID | Name | Exclusion Request Postmark Date |
|---|---|---|
| MDK-107910527 | ELEANOR K. | 2/26/2016 |
| MDK-101547293 | J G. | 3/1/2016 |
| MDK-101985797 | WAVA H. | 3/1/2016 |
| MDK-103251758 | MARGUERITE N. | 3/1/2016 |
| MDK-103535365 | BARBARA A. | 3/1/2016 |
| MDK-105262250 | NANCY S. | 3/1/2016 |
| MDK-107525623 | MICHAELA P. | 3/1/2016 |
| MDK-101404131 | CYNTHIA D. | 3/2/2016 |
| MDK-104295287 | JANET O. | 3/2/2016 |
| MDK-109606191 | MARJORIE N. | 3/3/2016 |
| MDK-100020640 | JEAN W. | 3/4/2016 |
| MDK-100464874 | BEVERLY Z. | 3/4/2016 |
| MDK-107764970 | MARJORIE B. | 3/4/2016 |
| MDK-109268172 | GERALD K. | 3/4/2016 |
| MDK-100781829 | BONITA L. | 3/6/2016 |
| MDK-100138527 | GLORIA B. | 3/7/2016 |
| MDK-104910038 | LISA W. | 3/7/2016 |
| MDK-102579504 | YOLANDA K. | 3/8/2016 |
| MDK-103166955 | JOAN S. | 3/9/2016 |
| MDK-107651580 | JO ANN V. | 3/9/2016 |
| MDK-100832385 | DENISE K. | 3/12/2016 |
| MDK-103825053 | CAROLYN P. | 3/12/2016 |
| MDK-107016117 | BETH ANN Z. | 3/12/2016 |
| MDK-100845797 | MARCIA S. | 3/14/2016 |
| MDK-107213729 | PAT A. | 3/14/2016 |
| MDK-107231310 | MARY B. | 3/15/2016 |
| MDK-108909557 | ZIMMAH F. | 3/19/2016 |
| MDK-105626660 | JARI M. | 3/24/2016 |
| MDK-100625720 | IRENE P. | 4/2/2016 |
| MDK-100023193 | SHERI R. | 4/4/2016 |
| MDK-104254068 | LINDA D. | 4/4/2016 |
| MDK-100837506 | HELEN D. | 4/11/2016 |
| MDK-105919683 | EMMA S. | 4/11/2016 |